TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00531-CR







Clark Ken Hussman, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT


NO. CR2008-529, HONORABLE DIB WALDRIP, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's appointed counsel filed a frivolous appeal brief on March 16, 2010. 
Appellant promptly informed the Court that he wished to exercise his right to file a pro se brief. See
Anders v. California, 386 U.S. 738, 744 (1967). On May 6, 2010, the Court ordered that appellant
be provided a free copy of the appellate record. A copy of the reporter's record was mailed to
appellant on July 19, 2010.

Appellant's second motion for extension of time to file his pro se brief is granted. 
Appellant is ordered to tender his pro se brief or other written response to counsel's brief no later
than October 8, 2010. No further extension of time will be granted.


It is ordered September 2, 2010


Before Justices Patterson, Puryear and Henson

Do Not Publish